THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIC L. LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 17-cv-943 (DLF) |
| | ) | |
| U.S. DEPARTMENT OF THE TREASURY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' STATUS REPORT**

Pursuant to the Court's July 2, 2018, order, Defendants respectfully submit this status report to propose a schedule for further proceedings in this Freedom of Information Act (FOIA) matter.  *See* Mem. Op. & Order, ECF No. 23.  The parties conferred in good faith but were not able to reach agreement on a schedule for further proceedings.  On July 27, 2018, Defendants filed an opposed Motion for Scheduling Order and to Vacate Pending Deadlines, ECF No. 24, setting forth a proposed schedule.  Plaintiff filed his opposition to this motion today, August 10, 2018, along with a notice setting forth his proposed schedule.  *See* ECF Nos. 25, 26.

Defendants respectfully refer the Court to their motion for a full statement of their position on scheduling.  As explained in their motion, Defendants are conducting a new search for responsive records that can be documented consistent with the Court's July 2 order.  Defendants respectfully request that the Court order the parties to confer and file a joint status report on or before September 7, 2018, in which the parties will propose a schedule for any further proceedings, including the processing of any additional potentially responsive records discovered through the new search.

- 2 -

Date: August 10, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Daniel Halainen*
DANIEL HALAINEN (MA Bar 694582)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-8101 (office)
(202) 616-8470 (fax)
daniel.j.halainen@usdoj.gov

*Counsel for Defendants*